UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                                            <u>ORDER</u>

                                                            05-CR-6025L

                v.

MARQUIS CRAWFORD,

                Defendant.
_____

      The defendant, Marquis Crawford (14508055), was previously sentenced by this Court and is scheduled to report to FCI Loretto, Loretto, Pennsylvania to commence his sentence on Tuesday, December 4, 2007. The defendant has requested that that voluntary surrender date be extended. Pursuant to the request, and there being no opposition from the Government,  it is hereby

      ORDERED that Marquis Crawford's voluntary surrender date be extended until January 4, 2008, no later than 12:00 noon, unless otherwise directed by the Bureau of Prisons to report at a later date or at a different institution.

      IT IS SO ORDERED.

                                                  _____
                                                      DAVID G. LARIMER
                                                     United States District Judge

Dated: Rochester, New York
       December 4, 2007.