UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                         Plaintiff,

                                                                       <u>ORDER</u>

                                                                       05-CR-6025L

                       v.

MARQUIS CRAWFORD,

                        Defendant.
_____


On February 28, 2008, defendant Marquis Crawford ("Crawford") filed, *pro se,* a motion requesting application of the new and correct base offense level regarding cocaine base (Dkt. #73). On March 5, 2008, the Court entered an initial order under 18 U.S.C. § 3582 appointing the Federal Public Defender to represent the defendant (Dkt. #74). Thereafter on April 24, 2008, an affirmation by Crawford was filed (Dkt. #78) informing the Court that he will be representing himself in this action, *pro se.*

The request of Marquis Crawford to represent himself in this action (Dkt. #78) is granted and the Public Defender's Office is relieved as counsel in this action.

The Clerk's Office is hereby directed to make copies of Document ## 73, 74, 76, and 78 and send them to Crawford together with this Order.

Defendant Marquis Crawford is hereby directed to reply to the Government's Response (Dkt. #76) on or before May 30, 2008. Failure to reply could result in dismissal of this action.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
April 25, 2008.